UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 3 2024



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   22-50235 |
| Plaintiff-Appellee, | D.C. No. 2:20-cr-00298-JAK-2 Central District of California, Los Angeles |
| v. | |
| CHANEL WILEY, | ORDER |
| Defendant-Appellant. | |

Before:  OWENS, BUMATAY, and MENDOZA, Circuit Judges.

Judges Owens and Bumatay have voted to deny the petition for panel rehearing and petition for rehearing en banc.  Judge Mendoza has voted to grant the petition for panel rehearing and petition for rehearing en banc.

The full court has been advised of the suggestion for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc.  Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are therefore DENIED.